IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRANCE POLK, individually, TONETTE POLK, individually, T. P., II, a minor, by and through his Guardian Ad Litem, TONETTE POLK, T. P., a minor, by and through her Guardian Ad Litem, TONETTE POLE, TYRONE POLK, individually, KIMBERLY POLK, individually, ELESE POLK, individually, S. P., a minor, by and through her Guardian Ad Litem, KIMBERLY POLK,

Plaintiffs,

v.

COUNTY OF NAPA, a municipal corporation, GARY SIMPSON, in his capacity as Sheriff for the COUNTY OF NAPA, JEFF MATLOC, individually, and in his capacity as a deputy sheriff for the COUNTY OF NAPA (erroneously sued as J. MATLOCK), CHARLIE SARNIK, individually and in his capacity as a deputy sheriff for the COUNTY OF NAPA (erroneously sued as "FNU" SARNIK), RUSSELL FITZPATRICK, and DOES 1–25, inclusive,

Defendants.

No. C 04-02903 WHA

**ORDER REQUESTING STIPULATED DISMISSAL**

It is the Court's understanding that a settlement was reached during a settlement conference before Magistrate Judge Joseph C. Spero on September 20, 2005. Accordingly, the parties are requested to submit a stipulated dismissal of all claims by **OCTOBER 10, 2005**, so the Court may issue an order instructing the Clerk to officially close the case file. Otherwise, the final pretrial conference remains scheduled for **OCTOBER 17, 2005**, at **2:00 P.M.**

**IT IS SO ORDERED.**

Dated: September 21, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE