UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE POLK, individually; TONETTE POLK, individually; T. P. , II, a minor, by and through his Guardian Ad Litem, TONETTE POLK; T.P., a minor, by and through her Guardian Ad Litem, TONETTE POLK; TYRONE POLK, individually; KIMBERLY POLK, individually; Elese Polk, individually; S. P., a minor, by and through her Guardian Ad Litem, KIMBERLY POLK,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF NAPA,  a municipal corporation; GARY SIMPSON, in his capacity as Sheriff for the COUNTY OF NAPA; J. MATLOCK, individually, and in his capacity as a deputy sheriff for the COUNTY OF NAPA;   ("FNU") SARNIK, individually and in his capacity as a deputy sheriff for the COUNTY OF NAPA; ("FNU") FITZPATRICK, individually and in his capacity as a deputy sheriff for the COUNTY OF NAPA;  and DOES 1-25, inclusive,<br><br>　　　　　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　/ | Case No.  C 04 2903 WHA<br><br>**ORDER APPOINTING GUARDIAN AD LITEMS FOR MINORS AND APPROVING MINORS' COMPROMISE** |

**ORDER**

**PURSUANT TO PLAINTIFFS' PETITION**, the Court hereby grants Plaintiffs' Petition according to the terms of the petition herein:

TONETTE POLK is hereby appointed the Guardian Ad Litem to prosecute the claims of Minor Plaintiff T.P. and T.P., II in this action.

KIMBERLY POLK is hereby appointed the Guardian Ad Litem to prosecute the claims of Minor Plaintiff S.P. in this action.

The Court hereby approves the Petition to Compromise the Minors' claims, and orders as follows:

(1) a. Plaintiff T.P. shall receive $5,000.00 in settlement. Attorney fees from this settlement shall be at 25% of the total recovery, or $1250.00. Minor Plaintiff T.P. shall receive a net settlement of $3,750.00. A check or draft payable from the LAW OFFICES OF JOHN L. BURRIS to the order of Petitioner TONETTE POLK as trustee for T.P. is to be deposited in a blocked account at a commercial depository whose deposits are insured by the FDIC or other regulatory agency, in the name TONETTE POLK as trustee for said minor in the amount $3,750.00.

b. Plaintiff T.P., II, shall receive $5,000.00 in settlement. Attorney fees from this settlement shall be at 25% of the total recovery, or $1250.00. Minor Plaintiff T.P., II shall receive a net settlement of $3,750.00. A check or draft payable from the LAW OFFICES OF JOHN L. BURRIS to the order of Petitioner TONETTE POLK as trustee for T.P., II is to be deposited in a blocked account at a commercial depository whose deposits are insured by the FDIC or other regulatory agency, in the name TONETTE POLK as trustee for said minor in the amount $3,750.00.

c. Plaintiff S.P. shall receive $10,000.00 in settlement. Attorney fees from this settlement shall be at 25% of the total recovery, or $2500.00. Minor Plaintiff T.P. shall receive a net settlement of $7500.00. A check or draft payable from the LAW OFFICES OF JOHN L. BURRIS to the order of Petitioner KIMBERLY POLK as trustee for S.P. is to be deposited in a blocked account at a commercial depository whose deposits are insured by the FDIC or other regulatory agency, in the name KIMBERLY POLK as trustee for said minor in the amount $7500.00.

(2) Within forty-eight (48) hours after receiving the checks or drafts mentioned in Paragraph (1) the above portion of the settlement award allocated to each minor is to be deposited in a blocked account at a commercial or savings bank in the name of Petitioners as trustee for said minors, and is not to be withdrawn without firstobtaining an Order of the Court. Any draft of

1  withdrawal is to show such endorsement. Bond is hereby waived. A copy of this Order shall be
2  delivered to payer forthwith. Attorney fees arenot due or payable until such time as the balance of the
3  funds have been deposited pursuant to
4  the Order; and,
5      Upon receipt of the full amount of the settlement sum herein approved and the deposit of the
6  funds, Petitioner is hereby authorized and directed to execute and deliver to payer and defendants
7  COUNTY OF NAPA,  GARY SIMPSON, JEFF MATLOCK, CHARLES SARNIK, and RUSSEL
8  FITZPATRICK,  if Petitioner has not yet done so at that time, a full, complete, and final Release and
9  discharge of and from any and all claims and demands of said minors by reason of the incident
10 described in said Petition and the resulting injuries and damages to said minor.

Dated: October 7, 2005

_____
HON.  WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge William Alsup*

PLAINTIFFS' FOR APPOINTMENT OF GUARDIAN AD          7
LITEM AND APPROVAL OF MINORS' COMPROMISE
*Polk v. County of Napa, et al.* Case No. C 04 2903 WHA -