IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE POLK, individually, TONETTE POLK, individually, T. P., II, a minor, by and through his Guardian Ad Litem, TONETTE POLK, T. P., a minor, by and through her Guardian Ad Litem, TONETTE POLE, TYRONE POLK, individually, KIMBERLY POLK, individually, ELESE POLK, individually, S. P., a minor, by and through her Guardian Ad Litem, KIMBERLY POLK,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF NAPA, a municipal corporation, GARY SIMPSON, in his capacity as Sheriff for the COUNTY OF NAPA, JEFF MATLOC, individually, and in his capacity as a deputy sheriff for the COUNTY OF NAPA (erroneously sued as J. MATLOCK), CHARLIE SARNIK, individually and in his capacity as a deputy sheriff for the COUNTY OF NAPA (erroneously sued as "FNU" SARNIK), RUSSELL FITZPATRICK, and DOES 1–25, inclusive,<br><br>Defendants.<br>_____/ | No. C 04-02903 WHA<br><br>**ORDER APPROVING STIPULATED DISMISSAL** |

The stipulated dismissal of this action with prejudice pursuant to FRCP 41(a)(1) is **APPROVED**. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 7, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE